IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 22-CR-30129-DWD |
| | ) | |
| CHARLES E. SULLIVAN, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On November 21, 2023, this Court entered order of forfeiture (Doc.32) against defendant Charles E. Sullivan for the following property which had been seized from the defendant:

**A SCCY CPX-2, 9mm pistol bearing serial number 376040, and any and all ammunition seized there within.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. ' 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning November 25, 2023, and ending December 24, 2023, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. ' 853(n)(7), that no third-party petitions were filed and that the United States of America has clear

title to the above-described property that is the subject of the order of forfeiture (Doc.32) filed on November 21, 2023, namely:

**A SCCY CPX-2, 9mm pistol bearing serial number 376040, and any and all ammunition seized there within.**

The United States Marshal or the custodian for the Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**DATE: February 20, 2024**

*s/ David W. Dugan*
**DAVID W. DUGAN**
**United States District Court Judge**
